FILED: February 9, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2554 (L)
(2:14-cv-00525-AWA-DEM)
(14-73415-SCS)
(14-07085-SCS)

_____

BARBARA M. AGNEW; MICHAEL R. AGNEW

　　Plaintiffs - Appellants

v.

UNITED LEASING CORPORATION

　　Defendant - Appellee

_____

No. 16-1134
(2:14-cv-00525-AWA-DEM)
(14-73415-SCS)
(14-07085-SCS)

_____

BARBARA M. AGNEW; MICHAEL R. AGNEW

　　Plaintiffs - Appellants

v.

UNITED LEASING CORPORATION

　　Defendant - Appellee

## ORDER

The court consolidates Case No. 15-2554 and Case No. 16-1134. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case. The court adopts the briefing order previously filed in 15-2554 on 12/16/2015 and extended on 02/05/2016 to the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk